United States District Court
Southern District of Texas
**ENTERED**
May 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAN AM EQUITIES, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-18-2937 |
| § | |
| LEXINGTON INSURANCE CO., § | |
| Defendant. § | |

# **FINAL JUDGMENT**

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Lexington Insurance Company's Motion for Summary Judgment [Doc. # 28] is **GRANTED** and Pan Am Equities, Inc.'s Motion for Partial Summary Judgment [Doc. # 30] is **DENIED**.  It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.  Taxable costs are assessed against Plaintiff.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **2nd** day of **May, 2019**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2018\2937FJ.wpd   190502.0818